IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| DONOVAN WILLIAMS, | ) ) | Case No. 03-CR-66-C-01 |
| Defendant, | ) ) ) | |
| and | ) ) | |
| MADISON POLICE DEPARTMENT, | ) ) | |
| Garnishee Defendant. | ) | |

**ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

Upon reviewing the application for writ of continuing garnishment filed with this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment to the garnishee defendant, and its successors or assigns.

Entered this 27th day of March 2008.

BY THE COURT:

_Barbara B. Crabb_
BARBARA B. CRABB
District Judge